UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 24 2012
Clerk, U.S. District
Bankruptcy

|  |  |  |
|---|---|---|
| MICHAEL K. CIACCI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1083 |
| | ) | |
| UNITED STATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

By Order entered on June 29, 2012, within 30 days plaintiff was ordered to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this pleading, obtained from the appropriate official of each prison at which plaintiff is or was confined.[2] 28 U.S.C. § 1915. The deadline has passed. Although plaintiff has submitted an additional document titled "Amended Complaint; Motion for Appointed Counsel; Motion to Compel United States Officers Perform Duty Owed; Damages and Jury Trial Demanded," to date, he neither has submitted the required financial information nor has paid the $350.00 filing fee. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice. An Order is issued separately.

DATE: 8/17/12

United States District Judge

---

[2] Petitioner was detained at the D.C. Jail at the time he filed his petition for a writ of habeas corpus.